IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY LAWAYNE DUFF                                                              PLAINTIFF

        v.                          Civil No. 12-2244

ROBERT PETERSON, Jail Administrator,
Johnson County Detention Center                                                  DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se.* When he filed this case, Plaintiff was incarcerated in the Johnson County Detention Center (JCDC).

      At the time Plaintiff filed this case, he was informed that he had an obligation under the rules of this Court to keep the Court informed of any changes in his address. Rule 5.5(c)(2) of the Local Rules of the Eastern and Western Districts of Arkansas. On January 24, 2013, mail sent to the Plaintiff at the JCDC was returned as undeliverable with a notation that he was no longer at that facility.

      On January 30, 2013, Court staff obtained Plaintiff's home address listed on his booking papers at the JCDC. A change of address (Doc. 10) was entered on his behalf. On February 12, 2013, mail was returned as undeliverable with a note that the Post Office was unable to forward.

      Defendant has filed a motion to dismiss (Doc. 11). Defendant seeks dismissal of the case on the grounds that all mail he has sent to the Plaintiff since January has been returned as undeliverable.

Plaintiff has not contacted the Court since the case was transferred here from the Eastern District of Arkansas in October of last year. The Court has not had a valid address since he was apparently released from the JCDC at some point prior to January 24, 2013.

I therefore recommend that Defendant's motion to dismiss (Doc. 11) be granted based on Plaintiff's failure to prosecute this action and his failure to keep the Court informed of his current address. Fed. R. Civ. P. 41(b); Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 3rd day of April 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE