IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY LAWAYNE DUFF                                                      PLAINTIFF

v.                                      Case No. 2:12-CV-02244

ROBERT PETERSON, Jail Administrator,
Johnson County Detention Center                                         DEFENDANT

## O R D E R

The Court has received proposed findings and recommendations (Doc. 14) from Chief United

States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful

review, the Court concludes that the findings and recommendations should be, and hereby are,

approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Defendant's motion to dismiss (Doc. 11) is GRANTED,

and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to

Federal Rule of Civil Procedure 41(b).

Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of September, 2013.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE